UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

EDDIE BOSTON,

    Plaintiff,

v.                                           No.3:05-cv-1172-J-12MCR

VANGUARD PLASTICS, INC., etc.,

    Defendant.

---

## ORDER OF DISMISSAL

This cause is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice (Doc.10), filed April 28, 2006. The parties advise the Court that this case has been settled. Accordingly, it is

**ORDERED** that this cause is hereby **DISMISSED** with prejudice, with each party to bear its own costs and attorney's fees. The Clerk is directed to close the case, enter judgment, and to terminate all pending motions, hearings, and deadlines.

**DONE AND ORDERED** this \_\_3 rd\_\_ day of May 2006.

*Howell W. Melton*
**SENIOR UNITED STATES DISTRICT JUDGE**

c:    Counsel of Record